UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID AMBROSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC,<br><br>Defendant. | NO. 1:22-CV-10195-RGS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of James Orenstein on behalf of Defendant Boston Globe Media Partners, LLC in the above-captioned matter. Matthew Kane, Marc Zwillinger and Jeffrey Landis continue to serve as counsel for Defendant Boston Globe Media Partners, LLC.

Dated: October 12, 2022              Respectfully submitted,

 /s/ Jeffrey Landis
Marc J. Zwillinger (admitted *pro hac vice*)
Jeffrey Landis (admitted *pro hac vice*)
ZWILLGEN PLLC
1900 M. Street, Suite 250
Washington, DC 20036
marc@zwillgen.com
jeff@zwillgen.com

Matthew N. Kane BBO#636801
Donnelly Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
mnk@dcglaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I, Jeffrey Landis, hereby certify that on this 12th day of October 2022, this document was electronically filed with the Clerk of the Court using the CM/ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                         /s/ Jeffrey Landis  
                                         Jeffrey Landis