## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID AMBROSE, individually and on
behalf of all others similarly situated,

                  Plaintiff,

    v.

BOSTON GLOBE MEDIA PARTNERS, LLC,

                  Defendant.

Case No. 1:22-cv-10195-RGS

## JOINT MOTION TO STAY

Plaintiff David Ambrose ("Plaintiff") and Defendant Boston Globe Media Partners, LLC ("Boston Globe," together with Plaintiff, the "Parties"), hereby jointly move for an order staying the action. As grounds for this motion, the Parties states as follows:

1.      On May 20, 2022, Plaintiff filed the operative Class Action Complaint (ECF No. 22);

2.      On June 21, 2022, Boston Globe responded to the Class Action Complaint by filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 24);

3.      On September 19, 2022, the Court issued an Opinion Denying Defendant's Motion to Dismiss (ECF No. 31);

4.      On September 19, 2022, the Court issued a Pretrial Schedule (ECF No. 32);

5.      On October 12, 2022, Boston Globe filed an Answer to the Class Action Complaint (ECF No. 36);

6.      Counsel for the Parties have discussed potential resolution of this matter and have agreed to submit this matter to private mediation;

7.  The Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action to preserve the status quo while the Parties conduct their private mediation;

8.  The Parties intend to mediate before the Honorable Frank Maas (Ret.) on February 8, 2023.

9.  The Parties agree that, no later than 5 days after the mediation, the Parties shall file a joint status report to update the Court on the status of their efforts at resolution, including whether a schedule should be re-set for the remainder of the case.

**WHEREFORE,** the Parties respectfully request that the Court stay this action and require the Parties to submit a joint status report by February 13, 2023.

Dated: January 18, 2023

Respectfully submitted,        Respectfully submitted,

*/s/ Jeffrey G. Landis*         */s/ Philip L. Fraietta*

Jeffrey G. Landis*         Philip L. Fraietta*
Marc J. Zwillinger*        Joshua D. Arisohn*
**ZWILLGEN PLLC**        **BURSOR & FISHER, P.A.**
1900 M Street NW, Ste. 250     888 Seventh Avenue
Washington, DC 20036      New York, NY 10019
Tel: (202) 296-3585       Tel: (646) 837-7150
Fax: (202) 706-5298       Fax: (212) 989-9163
E-Mail: marc@zwillgen.com     E-Mail: jarisohn@bursor.com
   jeff@zwillgen.com        pfraietta@bursor.com

              **BURSOR & FISHER, P.A.**
              Christopher R. Reilly*
              701 Brickell Avenue, Suite 1420
              Miami, FL 33131
              Telephone: (305) 330-5512
              Facsimile: (305) 679-9006
              E-Mail: creilly@bursor.com

| | |
|---|---|
| Matthew N. Kane | David S. Godkin (BBO#196530) |
| **DONNELLEY, CONROY & GELHAAR, LLP** | James E. Kruzer (BBO#670827) |
| 260 Franklin St, Ste. 1600 | **BIRNBAUM & GODKIN, LLP** |
| Boston, MA 02110 | 1 Marina Park Drive, Suite 1410 |
| Telephone: 617-720-3554 | Boston, MA 02210 |
| Email: mnk@dcglaw.com | Telephone: (617) 307-6100 |
| | Email: godkin@birnbaumgodkin.com |

*Pro Hac Vice*                              *Pro Hac Vice*

***Attorneys for Defendant***          ***Attorneys for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, hereby certify that on January 18, 2023, a true and accurate copy of the foregoing document was filed electronically with the clerk of court via CM/ECF, which will then send a notification of such filing to all counsel of record and those who have registered for notice.

*/s/ Philip L. Fraietta*
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com