UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID AMBROSE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC,<br><br>                Defendant. | Case No. 1:22-cv-10195-RGS |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's March 28, 2023 Order (ECF No. 45), Plaintiff David Ambrose ("Plaintiff") and Defendant Boston Globe Media Partners, LLC ("Boston Globe," together with Plaintiff, the "Parties"), hereby submit this joint notice of settlement to inform the Court that the Parties have reached agreement on all material terms of a class action settlement of this matter. The Parties will finalize a full-form settlement agreement and Plaintiff will file a Motion for Preliminary Approval of the Class Action Settlement on or before May 19, 2023.

Dated: March 31, 2023

Respectfully submitted,

*/s/ Jeffrey G. Landis*
Jeffrey G. Landis*
Marc J. Zwillinger*
**ZWILLGEN PLLC**
1900 M Street NW, Ste. 250
Washington, DC 20036
Tel: (202) 296-3585
Fax: (202) 706-5298
E-Mail: marc@zwillgen.com
       jeff@zwillgen.com

Respectfully submitted,

*/s/ Philip L. Fraietta*
Philip L. Fraietta*
Joshua D. Arisohn*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: jarisohn@bursor.com
       pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly*

<div style="display: flex;">

<div>

701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-Mail: creilly@bursor.com

</div>
</div>

| | |
|---|---|
| Matthew N. Kane<br>**DONNELLEY, CONROY & GELHAAR, LLP**<br>260 Franklin St, Ste. 1600<br>Boston, MA 02110<br>Telephone: 617-720-3554<br>Email: mnk@dcglaw.com | David S. Godkin (BBO#196530)<br>James E. Kruzer (BBO#670827)<br>**BIRNBAUM & GODKIN, LLP**<br>1 Marina Park Drive, Suite 1410<br>Boston, MA 02210<br>Telephone: (617) 307-6100<br>Email: godkin@birnbaumgodkin.com |
| *Pro Hac Vice* | *Pro Hac Vice* |
| ***Attorneys for Defendant*** | ***Attorneys for Plaintiff and the Putative Class*** |

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, hereby certify that on March 31, 2023, a true and accurate copy of the foregoing document was filed electronically with the clerk of court via CM/ECF, which will then send a notification of such filing to all counsel of record and those who have registered for notice.

*/s/ Philip L. Fraietta*
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com