IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID AMBROSE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BOSTON GLOBE MEDIA PARTNERS, LLC,

    Defendant.

Case No. 1:22-cv-10195-RGS

## PLAINTIFF'S ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff David Ambrose ("Plaintiff") hereby moves this Court to (i) enter the Proposed Order granting Plaintiff's Assented To Motion for Preliminary Approval of Proposed Class Action Settlement, (ii) preliminarily certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (iii) appoint Philip L. Fraietta, Joshua D. Arisohn, and Christopher R. Reilly of Bursor & Fisher, P.A. as Class Counsel and Plaintiff David Ambrose as Settlement Class Representative, (iv) approve the substance, form, and manner of the Notices of Class Action Settlement for dissemination to all members of the Class, and (v) schedule a Final Approval Hearing.  Defendant assents to the relief requested.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement, the Declaration of Philip L. Fraietta in support of Plaintiff's Motion for Preliminary Approval and accompanying exhibits, and a [Proposed] Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated:  May 19, 2023                                  Respectfully submitted,

By:  ___/s/ Philip L. Fraietta___
           Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice*)
Philip L. Fraietta (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jarisohn@bursor.com
            pfraietta @bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email:    creilly@bursor.com

*Proposed Class Counsel*

**BIRNBAUM & GODKIN, LLP**
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone:  (617) 307-6100
Email:    godkin@birnbaumgodkin.com
              kruzer@birbnaumgodkin.com

*Local Counsel for Plaintiff and the Proposed Settlement Class*

2