UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID AMBROSE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC,<br><br>      Defendant. | Civil Action No. 1:22-cv-10195-RGS<br><br>Hon. Richard G. Stearns |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD**

  Plaintiff David Ambrose ("Plaintiff") hereby moves this Court for an order (i) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the Settlement Benefit, (ii) granting Mr. Ambrose an incentive award of $5,000 in recognition of his efforts on behalf of the class, and (iii) awarding such other and further relief as the Court deems reasonable and just.

  Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award, the Declaration of Philip L. Fraietta in Support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award and accompanying exhibits, and the Declaration of David Ambrose in Support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award.

Dated: July 28, 2023             Respectfully submitted,

                           **BURSOR & FISHER, P.A.**

                          By:  */s/ Philip L. Fraietta*
                              Philip L. Fraietta

Joshua D. Arisohn (*Pro Hac Vice*)
Philip L. Fraietta (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jarisohn@bursor.com
         pfraietta @bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email:    creilly@bursor.com

*Class Counsel*

**BIRNBAUM & GODKIN, LLP**
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone:  (617) 307-6100
Email:    godkin@birnbaumgodkin.com
          kruzer@birbnaumgodkin.com


*Local Counsel for Plaintiff and the Settlement Class*

2