UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID AMBROSE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC,<br><br>      Defendant. | Civil Action No. 1:22-cv-10195-RGS<br><br>Hon. Richard G. Stearns |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff David Ambrose ("Plaintiff") hereby moves this Court for an order (i) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, the Declaration of Philip L. Fraietta in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and accompanying exhibits, and the Declaration of Cameron R. Azari and attachments thereto.

Dated:  August 24, 2023

                  Respectfully submitted,

                  **BURSOR & FISHER, P.A.**

                  By: */s/ Philip L. Fraietta*
                     Philip L. Fraietta

                  Joshua D. Arisohn (*Pro Hac Vice*)
                  Philip L. Fraietta (*Pro Hac Vice*)
                  1330 Avenue of the Americas, 32nd Floor
                  New York, NY 10019
                  Telephone: (646) 837-7150
                  Facsimile: (212) 989-9163
                  Email:  jarisohn@bursor.com

pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email:   creilly@bursor.com

*Class Counsel*

**BIRNBAUM & GODKIN, LLP**
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone:  (617) 307-6100
Email:   godkin@birnbaumgodkin.com
             kruzer@birbnaumgodkin.com

*Local Counsel for Plaintiff and the Settlement Class*