IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID AMBROSE, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC,<br><br>                  Defendant. | Case No. 1:22-cv-10195-RGS |

## SUPPLEMENTAL NOTICE DECLARATION OF ORLANDO G. CASTILLEJOS

I, Orlando G. Castillejos, hereby declare and state as follows:

1. I am a project manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I have more than 10 years of experience working in the legal field. Per *Declaration Of Cameron R. Azari, Esq. On Implementation and Adequacy Of Notice Plan*, I am now providing updated claim form statistics. The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

### *Claim Submissions & Distribution Options*

2. The deadline for potential Settlement Class Members to file a Claim Form is October 23, 2023. As of September 5, 2023, Epiq has received 13,304 Claim Forms (13,030 online and 274 paper).

I declare under penalty of perjury that the foregoing is true and correct. Executed September 5, 2023.

*Orlando Castillejos*
Orlando G. Castillejos

**SUPPLEMENTAL NOTICE DECLARATION OF ORLANDO G. CASTILLEJOS**